## SECOND DEPARTMENT, DECEMBER, 1916.

ANNA F. DAMS, as Administratrix, etc., of AUGUST DAMS, Deceased, Appellant, v. COMMERCE INSURANCE COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

In the Matter of the Petition of WILLIAM A. GOODHART to Prove the Last Will and Testament of JOSEPHINE A. MAXWELL, Late of the County of Kings, Deceased.— Motion denied, with ten dollars costs. Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

In the Matter of HUGH A. MCTERNAN, an Attorney.— Charges sustained and respondent suspended from the practice of the law for a period of five years. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

EDWARD ARNOLD SANFORD and Another, as Administrators, etc., Respondents, v. MAUDE RICHARDSON and Another, Appellants, and Another, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

LYDIA BLUMENBERG, Respondent, v. HERBERT C. FRY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence. Jenks, P. J., Thomas and Carr, JJ., concurred; Rich and Putnam, JJ., voted to affirm.

HENRIETTA G. BRUSH, Appellant, v. MINNIE ROTHSCHILD, Respondent.— We think the judgment should be reversed and a new trial granted. The proofs of the defendant indicate that she had no legal seizin at the time she made the covenant in question. Whether she had an equitable title, and whether a title of that character is sufficient to comply with the covenant, has not been discussed by either party to this appeal. Judgment and order reversed and new trial granted, costs to abide the event. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.